## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Patrick M. Cicero, : 
                Petitioner : 
                   : 
           v. :     No. 910 C.D. 2022
                   : 
Pennsylvania Public Utility : 
Commission, : 
          Respondent : 

**PER CURIAM**                **O R D E R**

       NOW, September 26, 2023, upon consideration of Respondent Pennsylvania Public Utility Commission's, Intervenor Aqua Pennsylvania Wastewater, Inc.'s and Intervenor East Whiteland Township's applications for reargument, and Petitioner's answer in response to all three applications, the applications are DENIED.